# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-0117-WS |
| ) | |
| DAVID PETERSEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Set Aside Order (doc. 273) and defendant's Motion for Status and/or Summary Judgment (doc. 272).

In the interests of clarity and transparency, some background explanation is required. Pursuant to the Judgment entered on June 10, 2014, defendant, David Petersen, was ordered to pay restitution in monthly installments of $500, to commence 30 days after his release from prison to a term of supervision. (PageID.877.) In a Petition for Reduction of Monthly Restitution Payments (doc. 268) filed on June 10, 2019, Petersen requested relief from the restitution schedule on the grounds of changed financial circumstances. Specifically, he indicated that he had been laid off from employment obtained following his release from prison, that he was actively seeking new employment, that his monthly living expenses far exceed his monthly income at this time, and that he is unable to make the scheduled restitution payments and simultaneously meet the basic needs for living expenses for himself and his family.

Upon review of the Petition, the undersigned requested input and recommendations from the United States Probation Office. Because Petersen resides and is supervised in Nebraska, the U.S. Probation Office for the Southern District of Alabama contacted Petersen's supervising officer in the District of Nebraska. That officer related that she was unaware of any misrepresentations or inaccuracies in Petersen's Petition, and that she did not object to the requested relief. On that basis, and based on the Court's own review, a Show Cause Order (PageID.4291-92.) was entered on June 18, 2019. The June 18 Show Cause Order proposed to grant Petersen's Petition and reduce his monthly restitution amount to $50/month (the amount recommended by the Probation Office), subject to continued, ongoing monitoring of his financial

circumstances and a requirement that the Probation Office notify the Court if those circumstances improved to the point where an increase in Petersen's monthly restitution obligations might be warranted.  The June 18 Order concluded as follows: "The Government is further[] **ordered** to respond to the Petition for Reduction of Monthly Restitution Payments on or before **July 8, 2019** and to **show cause**, if any exists, why the Petition should not be granted in a manner consistent with the proposed course of action set forth in this Order." (PageID.4292.)

The Government did not respond to the Show Cause Order.  Accordingly, the undersigned entered an Order (doc. 271) on July 29, 2019, granting Petersen's Petition and reducing his monthly restitution payment obligation to $50.00 per month.  Four days later, on August 2, 2019, the Government filed its Motion to Set Aside Order, alleging that "due to a docketing error in the Court Clerk's Office, counsel for the United States were not sent notice, electronic or otherwise, of this Court's June 18th Show Cause Order."  (PageID.4299.)

The Court has investigated the issues surrounding the notice (or lack thereof) of the Show Cause Order.  Contrary to the Government's Motion, there does not appear to have been a "docketing error" by Clerk's Office staff; nonetheless, the Court has confirmed that the CM/ECF system failed to transmit notice of the Show Cause Order to the Government.  As the Motion points out, the Government had a right to be heard and an obligation to respond to the Show Cause Order.  The Court will not deprive the Government of that opportunity because of a notification glitch for which the Government bears neither blame nor responsibility.

For all of the foregoing reasons, in the interests of fairness and justice, the Motion to Set Aside Order (doc. 273) is **granted** pursuant to Rule 60(b)(1), Fed.R.Civ.P.  The July 29 Order (doc. 271) is **vacated**.  The Government is **ordered** to respond to the Show Cause Order and to submit its position on behalf of the victims in this case by no later than **September 3, 2019**.  In the interim, Petersen's monthly restitution obligation is reduced to **$325.00** per month, subject to the condition that he will not be deemed in default of any such restitution obligation until such time as final adjudication has been made of his Petition for Reduction of Monthly Restitution Payments (doc. 268).  In light of the foregoing, Petersen's Motion for Status and/or Summary Judgment (doc. 272) is **moot**.

DONE and ORDERED this 6th day of August, 2019.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE